Emery KERTESZ; Shelia Kertesz; Pro Acoustics LLP, Plaintiffs–Appellants

v.

Justin KORN, Defendant–Appellee.

No. 06–51606
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 24, 2007.

Stuart Gregory Smith, Naman, Howell, Smith & Lee, Waco, TX, W. Wendell Hall, Mark Thomas Emery, Fulbright & Jaworski, San Antonio, TX, for Plaintiffs–Appellants.

Jack Randall Crews, Baird, Crews, Schiller & Whitaker, Temple, TX, Michael Gene Cosby, Pakis, Giotes, Page & Burleson, Waco, TX, Peter R. Meeker, Davis & Wilkerson, Austin, TX, for Defendant–Appellee.

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM:*

Plaintiffs–Appellants Emery Kertesz, Shelia Kertesz, and Pro Acoustics LLP appeal from the district court's order granting the supplemental motion of Defendant–Appellee Justin Korn to dismiss the action filed against him in the district court by Plaintiffs–Appellants. We affirm.

We have reviewed the record on appeal, the arguments of the parties as set forth in their appellate briefs, the applicable law, and the extensive analysis and ruling set forth in the district court's order. In the final analysis, we are convinced that the district court's dismissal of the action against Defendant–Appellee Justin Korn for lack of personal jurisdiction is correct and free of error. For essentially the reasons set forth by the district court in its thorough and thoughtful analysis, the order appealed from is, in all respects,

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.